UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONOR S. YEOMANS,

    Plaintiff,

v.                                              CASE NO. 8:18-cv-825-T-23JSS

R.T.G. FURNITURE CORP.,

    Defendant.
_____/

**ORDER**

    In accord with the parties' stipulation (Doc. 16), the action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to terminate the pending motion and to close the case.

    ORDERED in Tampa, Florida, on August 7, 2018.

                                                            _____
                                                            STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE